■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAHEEM ALLAH, Appellant, v L. LORQUET, as Warden, Respondent. [816 NYS2d 351]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), entered January 17, 2006, denying petitioner's application for a writ of habeas corpus and dismissing the petition, unanimously affirmed, without costs.

Petitioner's claims regarding the grand jury proceedings may not be raised by way of habeas corpus (*People ex rel. Grant v Scully*, 190 AD2d 543 [1993], *appeal dismissed* 92 NY2d 946 [1998]; *People ex rel. Kitchen v White*, 158 AD2d 437 [1990], *lv denied* 76 NY2d 702 [1990]). Concur—Andrias, J.P., Marlow, Sweeny, McGuire and Malone, JJ.